NF                                                                                                                    DAR

CO-290
Rev. 3/88

Notice of Appeal Criminal

---

United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
 ) 06-085-M-01
vs. ) Criminal No. NK
Faith Groesbeck )
 )

### NOTICE OF APPEAL

Name and address of appellant:  Faith Groesbeck
Ave.

**FILED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:
Defendant Pro Se

Offense: Demonstrating w/o a permit

Concise statement of judgment or order, giving date, and any sentence:
Guilty: March 2006
Judgement Entered: Time served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06                                         Faith Groesbeck
DATE                                            APPELLANT

                                                ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [ ]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]

Does counsel wish to appear on appeal?                    YES [ ]   NO [ ]
Has counsel ordered transcripts?                          YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [ ]   NO [ ]

**RECEIVED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


$31.00 FEE